UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DOUGLAS WHITE,

                Plaintiff,

                                            ORDER
       -against-                    15-CV-1035(JS)(SIL)

ROOSEVELT U.F.S.D. BOARD OF
EDUCATION,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Douglas White, pro se
                       989 Clinton Place
                       Baldwin, NY 11510

For Defendant:     No appearance

SEYBERT, District Judge:

        On February 24, 2015, pro se plaintiff Douglas White ("Plaintiff") filed a Complaint pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e to 2000e-17, and the Americans with Disabilities Act of 1990 ("ADA"), as codified, 42 U.S.C. §§ 12112-12117, against the Roosevelt U.F.S.D. Board of Education ("Defendant") alleging that Defendant, inter alia, discriminated against him on the basis of his race, color, national origin, and disability. Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

        Upon review of Plaintiff's declaration in support of his application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1).

Accordingly, Plaintiff's application to proceed <u>in forma pauperis</u> is GRANTED and the Court ORDERS service of the Complaint by the United States Marshal Service ("USMS") without prepayment of the filing fee. The Clerk of the Court shall forward the Summons, Complaint, and this Order to the USMS and the USMS shall serve the Defendant.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in forma pauperis</u> status is DENIED for the purpose of any appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is further directed to mail a copy of this Order to the <u>pro se</u> Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: April   6  , 2015
       Central Islip, New York